UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re: Amanda R. Slade

Case No. 19-11038

Chapter

Debtors

## DEBTOR'S VOLUNTARY CONSENT TO CONVERT FROM CHAPTER 13 TO CHAPTER 7 OR REQUEST FOR DISMISSAL

TO THE COURT:

I/we hereby voluntarily request the following relief:

Dombrow Law Firm
JUL 2 8 2020
Received

DOMBROW LAW FIRM
Scanned _____
Filed _____

☐ Conversion of the above case to Chapter 7.

    ☐ The fee required by the Bankruptcy Court Fee Schedule is attached to this motion. (If not attached, I understand the conversion might not be processed until the fee is paid).

    ☐ A list of debts incurred after the initial filing of the above case is either attached to this motion or will be filed within 14 days.

    ☐ This motion has been served on the Chapter 7 Trustee and the United States Trustee.

☒ Dismissal of the above Chapter 13 case. (Available only to Chapter 13 debtors and only if this case was not previously converted).

**ORIGINAL**

Dated: 7/17/20

_____      _____
Signature of Debtor                                     Signature of Joint Debtor

Note: If the above case is a joint case and both debtors are seeking relief, both debtors must sign this document. If only one debtor is seeking conversion, an additional fee will be assessed to split the above case.

(4/13/11)

Amanda Slade
5 N main St
Holley Ny 14470



Dombrow Law Firm
499 S. Warren St. Ste. 405
Syracuse Ny 13202

Dombrow Law Firm
Received JUL 28 2020

13202-261579